# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

160101

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEWIS THREATT,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160101
COA: 339432
Wayne CC: 17-001583-FC

On order of the Court, the application for leave to appeal the June 20, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



Clerk

a0420